1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHEAL ANDREW BLEVINS,

          Plaintiff,

  v.

JANICE LACROSS,

          Defendant.

CASE NO. C22-5843 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

13  This matter comes before the Court on Magistrate Judge Brian A. Tsuchida's

14  Report and Recommendation ("R&R") recommending dismissal of Plaintiff Michael

15  Andrew Blevins' claims with prejudice. Dkt. 4. The Court, having considered the R&R

16  and the remaining record, and no objections having been filed, does hereby order as

17  follows:

18      (1)    The R&R is **ADOPTED**;

19      (2)    Blevins' Application for Leave to Proceed *In Forma Pauperis*, Dkt. 1, is

20             **DENIED**;

21      (3)    This action is **DISMISSED with prejudice**;

22      (4)    The Clerk shall enter JUDGMENT and close this case; and

ORDER - 1

1    (5)    The Clerk is directed to provide a copy of this Order to Blevins.

2    Dated this 5th day of January, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2